# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENNETH JACKSON

NO. 2023 KW 0210

**MAY 8, 2023**

---

In Re:    Kenneth Jackson, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 512-924.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the indictment, all pertinent minute entries and/or the complete trial transcripts, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT